# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Michael Gebremariam Haileselassie,

      Petitioner,

v.

Department of Homeland Security,

      Respondent.

Civil No. 16-cv-2895 (PJS/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. The Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED AS MOOT**; and

3. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 3/2/17

      s/Patrick J. Schiltz
      PATRICK J. SCHILTZ
      United States District Judge